UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO.: 5:16-CR-60-5FL

UNITED STATES OF AMERICA )
 )
 v. )  ORDER GRANTING
 )  MOTION TO SEAL
ANGELA NICOLE TROGDON, )
 Defendant )


  THIS MATTER is before the Court on the Defendant's Motion to Seal, requesting that Defendant's Motion for Modification of Release Order and for Approval of Travel be filed under seal.

  FOR GOOD CAUSE SHOWN, the Motion is allowed and the Clerk is directed to file under seal Defendant's Motion for Modification of Release Order and for Approval of Travel.

  This __13th__ day of June, 2018.


_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE