UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO.: 5:16-CR-60-5FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER GRANTING** |
| | ) | **MOTION TO SEAL** |
| ANGELA NICOLE TROGDON, | ) | |
| Defendant | ) | |

THIS MATTER is before the Court on the Defendant's Motion to Seal, requesting that Defendant's Sentencing Memorandum and Motion for Downward Departure be filed under seal.

FOR GOOD CAUSE SHOWN, the Motion is allowed and the Clerk is directed to file under seal Defendant's Sentencing Memorandum and Motion for Downward Departure.

This <u>5th</u> day of September 2018.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE